

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*Meghan E. Claiborne*
*Direct Dial: (215) 861-8452*
*Facsimile: (215) 861- 8618*
*E-mail Address: meghan.claiborne@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

October 30, 2025

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:    <u>United States v. Diol et al</u>.
             Criminal No. 25-7

Dear Clerk:

    Please unimpound the Indictment in regard to the above-captioned case.

                    Very truly yours,

                    DAVID METCALF
                    United States Attorney

                   /s/ *MEGHAN E. CLAIBORNE*
                    Meghan E. Claiborne
                    Assistant United States Attorney